```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

              OCT 1 4 2016

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:07-cr-00145-6-KJD-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER APPOINTING COUNSEL** |
| TONY HOWARD MORGAN, ) | |
| Defendant. ) | |

The individual named below, having testified under oath or having otherwise satisfied this Court that he/she: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

**IT IS ORDERED** that **MAYSOUN FLETCHER** is hereby appointed to represent Tony Howard Morgan.

**IT IS FURTHER ORDERED** that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

DATED: October 14, 2016.

_____
UNITED STATES MAGISTRATE JUDGE