Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Fascimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
TONY MORGAN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:07-cr-00145-6-KJD-PAL |
|---|---|
| Plaintiff, | |
| vs. | |
| TONY MORGAN | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant is unavailable on the date and time currently set, but is available after 12:00 p.m. on February 22, 2017.

2.      Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3.      Counsel for the defendant has spoken to the defendant and he has no objection to the continuance.

4.      Denial of this request for continuance could result in a miscarriage justice.

5.      For all the above-stated reasons, the ends of justice would best be served by a continuance of the current status check hearing until a date and time convenient to the court.

1

## **CONCLUSIONS OF LAW**

2

    Denial of this request for continuance could result in a miscarriage of justice.

3

## **ORDER**

4

5

    IT IS HEREBY ORDERED that the Status Check currently scheduled for February 22, 2017 at 9:00 a.m., is continued to the  22nd  day of  February  ,  2017  at

6

2:00 p.m. in courtroom 4A.

7

    IT IS SO ORDERED.

8

    DATED this  7th   day of  February  , 2017.

9

10

                               _____

U.S. DISTRICT JUDGE

11

KENT J. DAWSON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28